**SEALED**

CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Bryan Matthew McPherson**; DOB: 1996; United States Citizen<br>**Jennifer Lowry**; DOB: 1978; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-00438 MJ** |

Complaint for violation of Title 18, United States Code, Section §1349

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From a time unknown and continuing through approximately January, 2017, at or near Tucson, in the District of Arizona, the defendants **Bryan Matthew McPherson** and **Jennifer Lowry**, did knowingly and intentionally combine, confederate and agree with each other to commit an ongoing scheme to defraud a financial institution (18 USC §1344) based on material false information and the intentional concealment of material facts in violation of Title 18, United States Code, Section 1349.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 24, 2017, MCPHERSON was detained in Pima County, Arizona in connection with his suspected theft of mail. MCPHERSON said he was instructed by his girlfriend (LOWRY) to drive to her friend's mailbox. After he checked the mailbox, MCPHERSON noticed someone taking pictures of them.

MCPHERSON admitted in the interview that he now knows the mailbox did not belong to LOWRY'S friend and that he should have known better. He stated that they were broke and needed money and that the purpose of driving around town was to make some money.

MCPHERSON was asked about cashing checks for LOWRY. MCPHERSON admitted that he was in the bank and could have walked away. He admitted that the last time he had presented a fraudulent check at a bank was in July (referring to July, 2016).

MCPHERSON admitted that the mail inside of his rental car (including some checks) was stolen. He admitted to stealing the mail from mailboxes. Law enforcement found approximately 130 pieces of stolen mail or mail contents in the trunk of the vehicle. There were an additional 100 pieces of stolen mail in the vehicle passenger compartment.

A U.S. Bank check book found in the vehicle contained the name S.O. Angel Home Healthcare as the account owner. (Initials of individuals other than the defendants have been used for purposes of this affidavit). A U.S. Bank investigator provided checks from S.O.'s account that had been reported as fraudulent. Two of the checks from November and December 2016 were successfully negotiated. The "payees" of these checks were interviewed.

**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA /s/ *Jonathan Granoff* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Daniel Grossenbach, U.S. Postal Inspector |

Sworn by telephone   x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 22, 2020   7/23/20 |
|---|---|

1)   See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

cc: USM (2 cc), AUSA, PTS

Copies Distributed

Complaint: MCPHERSON/LOWRY

## PROBABLE CAUSE STATEMENT CONTINUED:

20-00438 MJ

In the interview of one of the payees, C.H., stated that LOWRY (who C.H. knew as Jenn) and MCPHERSON lived with C.H. during December 2016. C.H. said that LOWRY gave C.H. the check to deposit for rent. C.H. recognized herself from the U.S. Bank still photos where the check was presented. LOWRY went with C.H. to the bank where she cashed it. The check was later returned as fraudulent. C.H. showed the agent photos from Facebook of LOWRY and MCPHERSON.

The account holder for the above U.S. Bank check book/checks, S.O., was also interviewed. S.O. stated in September, 2016, S.O. lived with LOWRY. While living with LOWRY, S.O. had direct observation of LOWRY printing checks and recruiting people to cash or deposit them. S.O. stated that the U.S. Bank checks referred to above were from a bank account LOWRY instructed S.O. to open. S.O. stated he/she was compensated by LOWRY for cashing checks. S.O. further stated that the name Angel Home Health Care was a fake name used to trick the bank into providing business checks.

On December 28, 2016, a check dated December 19, 2016 in the amount of $595.40 was negotiated at an ATM in Tucson, AZ at Bank of America. The check presented during this ATM transaction was stolen mail from the mailbox of victim G.S. A still photograph from the bank's ATM depicted a woman (later identified as G. C.), with LOWRY/MCPHERSON depositing the fraudulent check into G.C.'s account.

Another individual identified in this affidavit as A.V. opened a U.S. Bank account on January 17, 2017 and deposited a stolen/fraudulent check into that account. Additionally, two other fraudulent/stolen checks were deposited into this same account purporting to be from victim "S.S." When interviewed, A.V. initially said that MCPHERSON opened the account. However, subsequently, A.V. stated that A.V. opened the account for MCPHERSON. A.V. also stated that MCPHERSON's girlfriend, LOWRY, coached A.V. through the account setup process. MCPHERSON/LOWRY accompanied A.V. to the bank and waited outside while A.V. conducted the transaction. LOWRY told A.V. that the check came from her mother. A.V. admitted that she believed that the check she received from them was stolen. A.V. kept a portion of the proceeds from the check. She denied knowledge of the two other fraudulent checks that were deposited into the account.